UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MASSIMO AIELLO,<br>    Plaintiff,<br>v.<br><br>CSAA MID ATLANTIC INSURANCE COMPANY OF NEW JERSEY, *et al.*,<br>    Defendants. | Case No. 23–cv–02118–ESK–AMD<br><br>ORDER |

**THIS MATTER** having been reported settled by the parties; and the Court having administratively terminated this matter for 60 days to permit the parties to file papers to terminate this matter, *see* Fed.R.Civ.P. 41(a)(1)(A)(ii) and Local Rule 41.1; and the 60-day period having passed without the Court having received the papers to terminate this matter

**IT IS** on this **3rd** day of **February 2025 ORDERED** that:

1. The Clerk of the Court shall reopen this matter and make a separate docket entry reading "Civil case reopened."

2. This matter is **dismissed with prejudice**, and without costs pursuant to Fed.R.Civ.P. 41(a)(2).

　　　　　　　　　　　　　　　　　　　　　  /s/ Edward S. Kiel　　　　　
　　　　　　　　　　　　　　　　　　　　　EDWARD S. KIEL
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE